

PREET BHARARA
United States Attorney for the
Southern District of New York
By: MICHAEL BYARS
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2793
Facsimile: (212) 637-2717
Email: michael.byars@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
IN RE                          :    APPLICATION FOR AN
                               :    EX PARTE ORDER PURSUANT
LETTERS ROGATORY FROM THE      :    TO 28 U.S.C. § 1782
NATIONAL COURT OF ORIGINAL     :
JURISDICTION IN CIVIL MATTERS  :    M 10-7
NO. 51 OF BUENOS AIRES,        :
ARGENTINA                      :
------------------------------x

Upon the accompanying declaration of MICHAEL BYARS, executed on December 14, 2010 the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing MICHAEL BYARS, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by the National Court of Original Jurisdiction in Civil Matters No. 51 of Buenos Aires, Argentina from American Express Bank in New York, New York, pursuant to a letters rogatory request issued by that court in connection with a proceeding pending in that court captioned "Matter of Savio Mercedes v. Placer Rosso de Savio, Natividad et al.," (File No. 108913/07).

Dated:  New York, New York
        December 14, 2010

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney for the
                                Southern District of New York
                                Attorney for the United States
                                of America

By: _____
      MICHAEL BYARS
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel:  (212) 637-2793
      Fax:  (212) 637-2717
      Email:  michael.byars@usdoj.gov