UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE                                  :
                                       :
LETTERS ROGATORY FROM THE              :    EX PARTE ORDER
NATIONAL COURT OF ORIGINAL             :
JURISDICTION IN CIVIL MATTERS          :    M 10-7
NO. 51 OF BUENOS AIRES,                :
ARGENTINA                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

10 MISC 0013

WHEREAS, the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, on behalf of the National Court of Original Jurisdiction in Civil Matters No. 51 of Buenos Aires, Argentina is seeking to obtain certain information from American Express Bank in New York, New York for use in connection with a judicial proceeding in the National Court of Original Jurisdiction in Civil Matters No. 51 of Buenos Aires, Argentina;

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that MICHAEL BYARS, Assistant United States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take such steps as are necessary to obtain certain information from American Express Bank in New York, New York; to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee; and to do



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 2
DATE FILED: 1.5.2011

all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve American Express Bank in New York with a copy of this Order and the accompanying documents on or before January 14, 2011.

Dated:    New York, New York
          January 4, 2011

_____
UNITED STATES DISTRICT JUDGE